IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHARLES E. CALHOUN, JR., | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 7:08-CV-147 (HL) |
| | : | CIVIL ACTION NO. 7:08-CV-157 (HL) |
| RANDY BENTON, | : | |
| Defendant | : | **ORDER** |

On November 10, 2008, plaintiff submitted to the Court a "Statement of Claim" section from the standard 42 U.S.C. § 1983 form and a motion to proceed *in forma pauperis*. The Clerk's Office construed the document as a civil rights complaint and docketed the same at 7:08-CV-146 (HL). On November 12, 2008, the Court ordered plaintiff to submit his claim(s) on the required 42 U.S.C. § 1983 form.

Thereafter on November 17, 2008, plaintiff submitted a 42 U.S.C. § 1983 form in which he made the same allegations that he made previously in his "Statement of Claim." The Clerk's Office docketed this as a new civil action at 7:08-CV-147 (HL).

On December 2, 2008 the Court received another 42 U.S.C. § 1983 complaint form from plaintiff. It appears that plaintiff submitted this in response to the Court's November 12, 2008 Order in 7:08-CV-146. However, the Clerk's Office docketed this as a third civil action at 7:08-CV-157 (HL). Again, plaintiff made the same allegations in this complaint that he made in 7:08-CV-146 (HL)

and in 7:08-CV-147(HL).

It appears that all three of these cases should be consolidated into one action: 7:08-CV-146 (HL). Accordingly, the Court hereby **DIRECTS** that 7:08-CV-147 (HL) and 7:08-CV-157 (HL) be **CONSOLIDATED** into 7:08-CV-146 (HL) and that 7:08-CV-147 (HL) and 7:08-CV-157 (HL) be **ADMINISTRATIVELY CLOSED.**

It is further **DIRECTED** that the Clerk show Randy Benton as a defendant in 7:08-CV-146.

**SO ORDERED**, this 10th day of December, 2008.

*s/   Hugh Lawson*
HUGH LAWSON, JUDGE

lnb