IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHARLES CALHOUN JR.,** | : |
| Plaintiff, | : |
| v. | : Case No. 7:08-CV-146 (HL) |
| **RANDY BENTON,** | : |
| Defendant. | : |

## ORDER

The Recommendation of United States Magistrate Judge G. Mallon Faircloth (Doc. 27), entered April 22, 2010, is before the Court. Plaintiff has not filed a written objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation to grant Defendant's Motion for Summary Judgment, or in the Alternative, Motion to Dismiss (Doc. 23). This action is dismissed.

**SO ORDERED**, this the 18th day of May, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh